## FEDERAL LIFE INSURANCE COMPANY v. LILLIBRIDGE.

[No. 7,648. Filed June 27, 1912. Rehearing denied October 10, 1912.]

From Delaware Circuit Court; Joseph G. Leffler, Judge.

Action by Ellen S. Lillibridge against the Federal Life Insurance Company. From a judgment for plaintiff, the defendant appeals. Affirmed.

C. A. Atkinson, Larz A. Whitcomb and W. F. White, for appellant.

W. A. Thompson and R. W. Sprague, for appellee.

IBACH, J.—All the questions presented by this appeal have been decided adversely to appellant in the case of Federal Life Ins. Co. v. Petty (1912), 177 Ind. 256, 97 N. E. 1011.

Judgment affirmed.

## AETNA INDEMNITY COMPANY OF HARTFORD, CONNECTICUT, v. CLINTON PAVING BRICK COMPANY ET AL.

[No. 7,741. Filed November 7, 1912.]

From Superior Court of Marion County (76,307); Clarence E. Weir, Judge.

Action by the Clinton Paving Brick Company and others against the Aetna Indemnity Company of Hartford, Connecticut. From a judgment for plaintiffs, the defendant appeals. Affirmed.

Walter C. Clarke and Charles B. Clarke, for appellant.

W. H. H. Miller, C. C. Shirley and Samuel D. Miller, for appellees.

IBACH, J.—The identical question presented by this appeal was decided against appellant in the case of Aetna Indemnity Co. v. Indianapolis, etc., Fuel Co. (1912), 178 Ind. 70, 98 N. E. 706.

Judgment affirmed.